**NOAH M. BURSTEIN**
Attorney at Law
1244 Sussex Road
Teaneck, New Jersey   07666

---

Telephone: (201) 791-4888
Email: bursteinlaw613@gmail.com

May 9, 2022

Honorable John K. Sherwood
United States Bankruptcy Court
50 Walnut St,
Newark  NJ 07102

Re:  Case No. 22-13166
 PETITION of  COUZ RESTORATION LLC

Dear Judge Sherwood:

This letter is written in response to the Order to Show Cause to dismiss for failure to file documents returnable before the Court on May 10, 2022.

I have represented the Debtor since April 19, 2022 at which time I was engaged by Debtor's principal Barbara McClendon to file a Chapter 7 Petition on an emergent basis to prevent a Sheriff's sale of the one of the LLC's properties. Accordingly I filed a Petition with deficiencies.
I have attempted to communicate with the Debtor's principal over the past 10 days to arrange to complete the balance of the deficient documents. I am not otherwise familiar with the Debtor, except that I have been advised by Ms.MCClendon that it owns approximately 21 residential properties in the Essex County area in various states of rehabilitation. To my knowledge this is a one member limited liability company and I am not aware of any other members, officers, directors or other persons with knowledge of the company's affairs. I did advise Ms. McClendon on the one and only time I met with her that we needed to do a massive amount of work to get all of the necessary information to complete the bankruptcy filing. I have since called, left messages and sent emails. The only response I received was on Friday afternoon May 6, 2022 at which time she responded in an email and advised me that she was ill and living with family. I asked to her try and be

available on Sunday May 8 and Monday May 9, but I have not since heard from her.

I would respectfully request an adjournment to allow a reasonable amount of time to communicate with the client and prepare the documentation. Thank you for your attention to this matter.

Very truly yours,

NOAH M. BURSTEIN                                         NMB/ms

Cc: Ms. Barbara McClendon