Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−13166−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  COUZ RESTORATION LLC
  252 HEYWOOD AVE
  ORANGE, NJ 07050

Social Security No.:
  xxx−xx−7491

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

      NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/31/22.

      Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

      This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 2, 2022
JAN: zlh

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 22-13166-JKS

COUZ RESTORATION LLC                                                            Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin          Page 1 of 2

Date Rcvd: Jun 02, 2022      Form ID: 148         Total Noticed: 8

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | COUZ RESTORATION LLC, 252 HEYWOOD AVE, ORANGE, NJ 07050-3042 |
| cr | + | Fay Servicing, LLC as servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| 519561752 | | Friedman Vartolo LLP, 1325 Franklin Ave. Suite 160, Garden City NY 11530-1631 |
| 519561754 | + | Noah M. Burstein, Attorney at Law, 1244 Sussex Road, Teaneck NJ 07666-2807 |
| 519561146 | + | US Bank NA, 9320 Excelsior Blvd, Hopkins, MN 55343-3444 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2022 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519561753 | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2022 20:47:00 | US Attorney, 970 Broad St., Newark NJ Room %02, Newark NJ 07102-2534 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519561755 | *+ | Couz Restoration LLC, 252 Heywood Ave., Orange NJ 07050-3042 |
| 519561687 | *+ | US Bank NA, 9320 Excelsior Blvd, Hopkins MN 55343-3444 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022        Signature:     /s/Gustava Winters

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 02, 2022                    Form ID: 148                               Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

Ashley Pascuzzi

on behalf of Creditor Creditor Fay Servicing  LLC as Servicing agent for U.S. Bank National Association, not in its individual capacity but solely as trustee for the FWD Securitization Trust 2020-INV1 In ecfnotices@grosspolowy.com

Denise E. Carlon

on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1, a Delaware Registered Partnership dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeffrey Thomas Testa

jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jonathan C. Schwalb

on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1, a Delaware Registered P bankruptcy@friedmanvartolo.com

Noah M Burstein

on behalf of Debtor COUZ RESTORATION LLC bursteinlawyer@aol.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6