Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  22−13166−JKS
          Chapter:  7
          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    COUZ RESTORATION LLC
    252 HEYWOOD AVE
    ORANGE, NJ 07050

Social Security No.:
    xxx−xx−7491

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jeffrey Thomas Testa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 11, 2022</u>
                           <u>John K. Sherwood</u>
                           Judge, United States Bankruptcy Court